# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BALDEMAR PEREZ,<br><br>                         Petitioner,<br>  vs.<br>STATE OF CALIFORNIA,<br><br>                         Respondent. | CASE NO. 1:07cv1662 WQH(NLS)<br><br>**ORDER** |

HAYES, Judge:

    The matter before the Court is Petitioner's Application for a Certificate of Appealability. (Doc. # 22).

## BACKGROUND

    On November 19, 2007, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 in the United States District Court for the Eastern District of California. (Doc. # 1). On March 25, 2009, this Court denied the Petition. (Doc. # 19). On April 23, 2009, Petitioner filed a Notice of Appeal with the Ninth Circuit Court of Appeals (Doc. # 21), and an Application for Certificate of Appealability with this Court. (Doc. # 22).

## DISCUSSION

    A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To this end, it must appear that reasonable jurists could find the district court's assessment of the petitioner's constitutional claims debatable or wrong. *See Slack v. McDaniel*, 529 U.S. 473, 484-85

1  (2000).  The Ninth Circuit has stated:

2  > [T]he issuance of a COA is not precluded where the petitioner cannot meet the standard to obtain a writ of habeas corpus. . . .This general principle reflects the fact that the COA requirement constitutes a gatekeeping mechanism that prevents [an appellate court] from devoting judicial resources on frivolous issues while at the same time affording habeas petitioners an opportunity to persuade [the appellate court] . . . of the potential merit of issues that may appear, at first glance, to lack merit.

6  *Lambright v. Stewart*, 220 F.3d 1022, 1025 (9th Cir. 2000) (citing, *inter alia*, *Jefferson v. Welborn*, 222 F.3d 286, 289 (7th Cir. 2000) (a COA should issue unless the claims are "utterly without merit")).  "Upon the filing of a notice of appeal and a request for a certificate of appealability, the district court shall indicate which specific issue or issues satisfy the standard for issuing a certificate, or state its reasons why a certificate should not be granted." *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997) (citing 28 U.S.C. § 2253(c)(3)).

12  Although the Court denied Petitioner's habeas petition, the Court finds that Petitioner raised colorable, nonfrivolous, constitutional arguments with respect to his due process and ineffective assistance of counsel claims.

15  **IT IS HEREBY ORDERED** that Petitioner's Application for a Certificate of Appealability is **GRANTED**.  (Doc. # 22).

17  DATED: June 18, 2009

*[signature: William Q. Hayes]*
**WILLIAM Q. HAYES**
United States District Judge